**MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, Plaintiff-Appellant**

v.

**UNITED PARCEL SERVICE, INC., Defendant-Appellee**

2017-1254

United States Court of Appeals, Federal Circuit.

January 11, 2018

DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX, argued for plaintiff-appellant. Also represented by JOHN MATTHEW MURRELL, DANIEL ROBINSON SCARDINO, Reed & Scardino LLP, Austin, TX.

SIRAJ M. ABHYANKAR, Alston & Bird LLP, Atlanta, GA, argued for defendant-appellee. Also represented by ROBERT L. LEE, PATRICK FLINN.

(Reyna, Taranto, and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**